IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MATTHEW A. NELSON,

    Plaintiff,

v.                                                                                                         CIV 17-0516 MV/JHR

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

    Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

Magistrate Judge Jerry H. Ritter entered his Proposed Findings and Recommended Disposition on June 1, 2018. *See Doc. 25.* The proposed findings notify the parties of their ability to file objections and that failure to do so waives appellate review. To-date, neither party has filed objections.

Wherefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Magistrate Judge's Proposed Findings and Recommended Disposition (*Doc. 25*) is ADOPTED;

2. Plaintiff's Motion to Remand (*Doc. 15*) is granted; and

4. A final order will be entered concurrently herewith.

                                                                              UNITED STATES DISTRICT JUDGE